AO 91 (REV.5/85) Criminal Complaint                                          AUSA R. Matthew Hiller (312) 697-4088

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

✔FILED

DEC 1 1 2012

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

UNITED STATES OF AMERICA

v.

MARTIN CROSSLEY

CRIMINAL COMPLAINT

CASE NUMBER:

# 12 CR 958

MAGISTRATE JUDGE COLE

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief:  On or about November 30, 2012, at Des Plaines, in the Northern District of Illinois, Eastern Division, MARTIN CROSSLEY, defendant herein:

did by intimidation, take from the person and presence of a bank employee approximately $6,699 in United States currency belonging to and in the care, custody, control, management, and possession of the First Merit Bank, 678 Lee Street, Des Plaines, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

in violation of Title 18, United States Code, Section 2113(a).  I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

_____
Signature of Complainant
FRANK J. SODETZ III
Special Agent, Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

December 11, 2012                                    at     Chicago, Illinois
Date                                                              City and State

JEFFREY COLE, U.S. Magistrate Judge                   _____
Name & Title of Judicial Officer                            Signature of Judicial Officer

UNITED STATES DISTRICT COURT    )
                                        )     SS
NORTHERN DISTRICT OF ILLINOIS    )

## AFFIDAVIT

I, FRANK J. SODETZ III, being duly sworn, state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation, and have been so employed since 2001.  My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2.      This affidavit is submitted in support of a criminal complaint alleging that MARTIN CROSSLEY has violated Title 18, United States Code, Section 2113(a).  Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging CROSSLEY with bank robbery, I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, interviews of bank employees and other witnesses by myself or other law enforcement agents, and my review of evidence.

1

## FACTS SUPPORTING PROBABLE CAUSE
## IN SUPPORT OF THE CRIMINAL COMPLAINT

**I.  Summary of the Complaint**

4.      On or about November 30, 2012, MARTIN CROSSLEY robbed the First Merit Bank located at 678 Lee Street, Des Plaines, Illinois (the "First Merit Bank"). Previously, on November 19, 2012, CROSSLEY robbed the PNC Bank located at 1177 Lake Cook Road, Buffalo Grove, Illinois (the "PNC Bank"), and on November 29, 2012, CROSSLEY robbed the Fifth Third Bank located at 1603 West 16th St, Oak Brook, Illinois (the "Fifth Third Bank").

5.      As discussed below, FBI agents and family members of CROSSLEY identified CROSSLEY as the robber of the First Merit Bank, the PNC Bank, and the Fifth Third Bank, based on their respective review of images of bank surveillance video from the three robberies and their knowledge of CROSSLEY. In addition, a former coworker of CROSSLEY identified CROSSLEY as the robber of the Fifth Third Bank, based on the coworker's review of an image of bank surveillance video and the coworker's knowledge of CROSSLEY.

6.      Attached to this affidavit are still captures from surveillance video from the robbery of the three bank robberies listed in paragraph 4, above: (1) Exhibit A is a photograph of the robber during the PNC Bank robbery; (2) Exhibit B is a photograph of the robber of the Fifth Third Bank during the robbery; and (3) Exhibit C is a photograph of the robber of the First Merit Bank during the robbery.

2

## II.    Robbery of First Merit Bank on November 30, 2012

7.    According to bank surveillance video, on or about November 30, 2012, at approximately 1:40 p.m., an unknown white male later identified as CROSSLEY, entered the First Merit Bank. (The unknown white male is referred to as CROSSLEY throughout the remainder of the affidavit based on his identification discussed throughout the affidavit). According to Teller A, who is a teller for First Merit Bank, CROSSLEY waited in line while Teller A assisted a known customer of First Merit Bank ("Customer A"). According to Teller A, Customer A was making a number of transactions with Teller A. According to Teller A, Teller A eventually asked Customer A if Teller A could assist CROSSLEY, and that Teller A would then finish the transactions with Customer A. According to Teller A, Customer A agreed and took a seat in the lobby.

8.    Then, according to Teller A, CROSSLEY approached Teller A's teller counter but stated that he had forgotten something. According to Teller A, CROSSLEY then walked back into the lobby of the bank where he removed the plastic liner from a small trash bin located near a credenza. According to Teller A, CROSSLEY then re-approached Teller A's teller counter. According to Teller A, CROSSLEY then placed the plastic liner on the teller counter. According to Teller A, CROSSLEY also gave Teller A a handwritten note that read in sum or substance: This is a robbery. Put money in the bag. No alarms. According to Teller A, CROSSLEY kept his other hand lower than the teller counter, which caused Teller A to fear that CROSSLEY had a weapon.

3

9.     Next, according to Teller A, Teller A placed cash from Teller A's teller drawer on top of the plastic liner. According to Teller A, however, CROSSLEY demanded more money. According to Teller A, Teller A then placed additional money on top of the plastic liner. According to Teller A, CROSSLEY then grabbed the plastic bag and exited the bank.

10.     According to bank surveillance video, before CROSSLEY left the bank, CROSSLEY momentarily stopped. According to the bank surveillance video, as CROSSLEY stopped, Customer A confronted CROSSLEY and began a physical altercation with CROSSLEY. According to Customer A and bank surveillance video, during the altercation, money from the plastic liner was scattered in the bank lobby.[1] According to bank surveillance video and Customer A, CROSSLEY was able to escape and left the bank. In addition, according to local law enforcement, police officers recovered the demand note, one of CROSSLEY's shoes, and the glasses CROSSLEY was wearing from the floor of the lobby of the First Merit Bank.

11.     According to Teller A, an audit of Teller A's teller drawer was conducted after the robbery. Teller A gave a copy of the audit to the FBI. According to the audit, $6,699 was missing from Teller A's drawer as a result of the robbery. Initially, according to local law enforcement, police officers recovered approximately $5,568 from the floor of the lobby of the First Merit Bank. Subsequently, the FBI took possession of the money recovered from

---

[1]  Customer A was interviewed by local law enforcement about Customer A's altercation with CROSSLEY.

4

the floor of the lobby. As the FBI took possession of the money, agents recounted the money and noted that there was an additional $20 recovered. Accordingly, local law enforcement had recovered approximately $5,588 from the floor of the lobby. As a result, based on a comparison of the audit of Teller A's teller drawer and the money recovered from the floor the lobby, an additional $1,111 remains missing from the First Merit Bank after the robbery.

### III. Identifying CROSSLEY as the Robber of the PNC Bank, the Fifth Third Bank, and the First Merit Bank.

12. The FBI along with partners in the local law enforcement community and banking industry maintain the website bandittrackerchicago.com, which is used to post images of bank robbers from bank surveillance images to encourage tips from the public. Based on my experience, the images posted on bandittrackerchicago.com are frequently used by the media and other Internet sites to report about robberies or robbers. With respect to the robbery of the First Merit Bank, the FBI posted one picture of the robber. The FBI also linked two other photographs from two other robberies with the First Merit Bank robbery based on the appearance of the robber, the description of the robber and the similarity in which the robber acted in all three robberies.[2] As noted above, attached to this affidavit are

---

[2] According to the victim tellers and review of the bank surveillance video, the robber of the PNC Bank, the Fifth Third Bank and the First Merit Bank behaved similarly during the course of the robberies. For example, according to the victim tellers and review of the bank surveillance video, agents have determined that the robber used a note demanding money in all three robberies and that the robber did not present a gun in any of the three robberies. In addition, according to the victim tellers and/or bank surveillance video, during the course of the robbery of the PNC Bank and the Fifth Third Bank the robber pulled his hands into his sleeves in an apparent effort to avoid leaving fingerprints and in the robbery

still captures from bank surveillance video from the robberies of the PNC Bank (Exhibit A), the Fifth Third Bank (Exhibit B), and the First Merit Bank (Exhibit C).[3]

### A. Identification of CROSSLEY as the Robber of the Fifth Third Bank By Individual A

13.    On or about November 29, 2012, an individual robbed the Fifth Third Bank. FBI agents recovered surveillance video images of the robbery of the Fifth Third Bank robbery. *See* Exhibit B.

14.    On or about December 5, 2012, Individual A contacted the FBI and advised that CROSSLEY matched the bank surveillance images of the robber of the Fifth Third Bank. According to Individual A, Individual A previously worked with CROSSLEY until approximately mid November 2012. In addition, according to Individual A, other individuals who worked with CROSSLEY at the same place of employment viewed the surveillance image of CROSSLEY first and brought it to the attention of Individual A. According to Individual A, Individual A then conducted an Internet search for the picture. According to Individual A, Individual A found the picture and viewed the picture with coworkers. According to Individual A, Individual A and the coworkers all identified CROSSLEY as the

_____

of the First Merit Bank, the robber wiped the teller counter with his sleeve after touching the counter.

   [3] It should be noted that during the investigation of the robbery of the PNC Bank, the Fifth Third Bank, and the First Merit Bank, the FBI has received tips that identified the robber as people other than CROSSLEY. Specifically, approximately four different individuals contacted the FBI and advised that the robber was four separate people, other than CROSSLEY.

individual depicted as the robber of the Fifth Third Bank. Individual A does not recall reviewing pictures of the First Merit Bank robbery or the PNC Bank robbery.[4]

**B.      *Identification of CROSSLEY as the Robber of All Three Robberies, Including the First Merit Bank, By Individual B and Individual C***

15.      Then on December 9, 2012, Individual B contacted the FBI and advised that Individual B reviewed the photographs of the robber of the First Merit Bank, the Fifth Third Bank, and the PNC Bank and that CROSSLEY was the person depicted as the robber in the bank surveillance images from the three robberies. More specifically, according to Individual B, Individual B was a family member of CROSSLEY and when Individual B viewed the surveillance images from the three robberies, Individual B instantly recognized the robber as Individual B's family member, CROSSLEY.

16.      Further, according to Individual B, on or about December 6, 2012, CROSSLEY came to Individual B's home and spoke with Individual B's spouse, Individual C. According to Individual B, Individual B overheard CROSSLEY tell Individual C that there were pictures online and that someone or some people were saying that the pictures were of CROSSLEY robbing banks. According to Individual B, CROSSLEY denied being the robber to Individual C. According to Individual B, Individual C later showed Individual B the pictures of the robber online and Individual B immediately knew that all three

---

[4]  Further, according to Individual A, Individual A noted that CROSSLEY had misaligned teeth. As discussed below, on December 10, 2012, I arrested CROSSLEY and noticed that he had misaligned teeth as described by Individual A.

7

surveillance pictures from the three separate robberies depicted CROSSLEY as the robber. According to Individual B, Individual B and Individual C both identified CROSSLEY as the person depicted in the pictures as the robber of the PNC Bank, the Fifth Third Bank, and the First Merit Bank.

17.     On December 10, 2012, Individual B was scheduled to meet with FBI agents, including myself, regarding the information Individual B provided to the FBI on December 6, 2012. The meeting was scheduled to take place at Individual B's residence. Upon arriving at the residence, we knocked at the door. Unexpectedly, CROSSLEY answered the door. I along with the other agent instantly recognized CROSSLEY as the robber depicted in Exhibits attached as Exhibits A, B and C. Both myself and the other agent were familiar with the images from the bank surveillance videos from the robberies of the PNC Bank, the Fifth Third Bank, and the First Merit Bank. We identified ourselves as FBI agents. CROSSLEY identified himself as MARTIN CROSSLEY.   Just as we introduced ourselves to CROSSLEY, Individual B pulled into the driveway of the residence.

18.     Agents then met with Individual B and CROSSLEY and during the meeting the agents explained the merits of cooperating with law enforcement to CROSSLEY. During the course of the meeting, agents advised CROSSLEY of his *Miranda* rights. CROSSLEY continued to meet with agents and make statements after being advised of his *Miranda* rights. During the course of the meeting, Individual B encouraged CROSSLEY to turn himself in and cooperate with the investigation. At times, during the meeting, CROSSLEY sat with his

8

head in his hands and was looking down. Also, during the meeting, CROSSLEY made several statements to the agents, such as, in sum or substance: I know I am looking at 20 years, and I know this is bad.[5] Moreover, CROSSLEY never denied his involvement in bank robberies or expressed a lack of understanding why FBI agents wanted to talk to him about bank robberies. In addition, when agents confronted CROSSLEY about an incident during the robbery of the First Merit Bank, CROSSLEY did not dispute or deny his involvement. Also, during the course of the meeting, CROSSLEY stated on more than one occasion that it was his plan to turn himself in the following day.

19.     Later, on December 10, 2012, Individual B reviewed the same photographs attached to the Complaint as Exhibits A, B and C in the presence of agents, and Individual B identified CROSSLEY is the individual depicted as the robber in all three images.

   **C.     *Identification of CROSSLEY as the Robber of All Three Robberies, including the First Merit Bank, by Individual D***

20.     On December 10, 2012, I interviewed Individual D, who is another relative of CROSSLEY. According to Individual D, on December 9, 2012, Individual D located the three photographs attached to the complaint as Exhibits A, B and C, and identified the person depicted as the robber as CROSSLEY. Further, according to Individual D, Individual D contacted CROSSLEY by phone on December 9, 2012, and strongly encouraged

---

[5] It should be noted that pursuant to Title 18, United States Code, Section 2113(a), the maximum sentence for bank robbery, like the robbery of the PNC Bank, the Fifth Third Bank and the First Merit Bank, is 20 years' imprisonment.

CROSSLEY to turn himself in. According to Individual D, during Individual D's conversation with CROSSLEY, CROSSLEY never admitted to or denied robbing the banks. According to Individual D, CROSSLEY did state that he did not want to continue the conversation.

> ### D. **CROSSLEY's Shoes Resemble the Shoes Worn by the Robber of the PNC Bank**

21. Later in the evening on December 10, 2012, agents arrested CROSSLEY for the robbery of the First Merit Bank based on probable cause. As agents were taking CROSSLEY into custody, CROSSLEY was allowed to put on a pair of shoes. As CROSSLEY was putting on the shoes, agents, including myself, recognized the shoes as resembling the shoes worn by the robber of the PNC Bank as those shoes are depicted in the bank surveillance video of the PNC bank. In addition, during my interaction with CROSSLEY I noticed CROSSLEY's misaligned teeth as described by his former coworker.

## IV. First Merit Bank's Deposits Are Insured by the FDIC

22. According to the First Merit Bank's website, First Merit Bank's deposits are insured by the FDIC. Furthermore, according to FDIC's website, as of at least December 5, 2012, First Merit Bank's deposits have been insured by the FDIC since January 25, 1934.

## V.     Conclusion

23.     Based on the above information, there is probable cause to believe that on or about November 30, 2012, MARTIN CROSSLEY robbed the First Merit Bank, 678 Lee Street, Des Plaines, Illinois, in violation of Title 18, United States Code, Section 2113(a).


FURTHER AFFIANT SAYETH NOT.

FRANK J. SODETZ III
Special Agent, Federal Bureau of Investigation


SUBSCRIBED AND SWORN to before me on December 11, 2012.

JEFFREY COLE
United States Magistrate Judge

11



GOVERNMENT
EXHIBIT

A



GOVERNMENT
EXHIBIT
B



GOVERNMENT
EXHIBIT
C